George Fearing
Leavy, Schultz, Davis & Fearing, P.S.     The Honorable Fred L. Van Sickle
2415 W. Falls Avenue
Kennewick, WA 99336
509-736-1330
(F) 509-736-1580
gfearing@tricitylaw.com
Attorneys for Plaintiff Miguel Wong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIGUEL WONG, a board member of Community Health Center La Clinica, | ) ) ) |
| Plaintiff, | ) CAUSE NO. CV-07-5004-FVS ) ) JOINT STATUS CONFERENCE REPORT |
| vs. | ) ) |
| COMMUNITY HEALTH CENTER LA CLINICA, a Washington nonprofit corporation, | ) ) ) ) |
| Defendant | ) ) |

Pursuant to this court's notice setting status conference, the parties file the following joint status conference certificate.

Plaintiff Miguel Wong denies that this federal court has jurisdiction over the suit. Wong previously filed a motion to remand the suit to state court. The motion remains pending before the court. By joining in this status conference report, Miguel Wong does not submit to the court's jurisdiction nor waives his motion for remand. Defendant contends that this Court has jurisdiction.

JOINT STATUS CONFERENCE REPORT - 1

**Leavy, Schultz, Davis & Fearing, P.S.**
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

The Parties request that items (a) - (i) of the Joint Status Certificate be held in abeyance until after the Court rules on Plaintiff's jurisdictional motion.

DATED this 6TH day of February, 2007.

          LEAVY, SCHULTZ, DAVIS & FEARING, P.S.
          Attorneys for Plaintiffs

By:   /s/GEORGE FEARING
       GEORGE FEARING #12970
       Leavy, Schults, Davis & Fearing, P.S.
       2415 W. Falls Avenue
       Kennewick WA 99336
       509-736-1330
       509-736-1580 (facsimile)
       gfearing@tricitylaw.com

          PAINE HAMBLEN LLP
          Attorneys for Defendant

By:   /s/WILLIAM SCHROEDER
       WILLIAM SCHROEDER#7942
       Paine Hamblen LLP
       717 West Sprague Suite 1200
       Spokane, WA 99201
       509-455-6000
       509-838-0007 (facsimile)
       william.schroeder@painehamblen.com

JOINT STATUS CONFERENCE REPORT - 2

Leavy, Schultz, Davis & Fearing, P.S.
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2007, I electronically filed the foregoing **JOINT STATUS CONFERENCE REPORT**, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

George Fearing         gfearing@tricitylaw.com

William J. Schroeder   william.schroeder@painehamblen.com
                       marsha.ungricht@painehamblen.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*No manual recipients*

/s/WILLIAM J. SCHROEDER
William J. Schroeder, WSBA No. 7942
Attorney for Defendant
Paine, Hamblen LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
509-455-6000
509-838-0007 (facsimile)
william.schroeder@painehamblen.com

JOINT STATUS CONFERENCE REPORT - 3