# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

TO:  Spokane County District Court

|  |  |  |
|---|---|---|
| Miguel Wong | ) | |
|  | ) | |
| Plaintiff(s), | ) | No. CV-07-5004-FVS |
|  | ) | |
| v. | ) | |
| Community Health Center LA Clinica | ) | NOTICE OF REMAND |
|  | ) | |
| Defendant(s). | ) | |

The above entitled case has been remanded to your court pursuant to the enclosed order.

Enclosed please find a certified copy of the Order of Remand, a certified copy of the docket sheet, the case record and a copy of this notice.

Please acknowledge receipt and advise us of your case number on the duplicate letter attached. A stamped, self-addressed envelope has been enclosed for your convenience.

United States District Court
Eastern District of Washington
Office of the Clerk
P O Box 1493
Spokane, WA 99210-1493

JAMES R. LARSEN, CLERK

By: s/Cheryl Switzer
Deputy Clerk

Date:

cc:  All Counsel

O Drive/Forms/Forms Revised 4/06