# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MIGUEL WONG,

                Plaintiff,

                v.

COMMUNITY HEALTH CENTER
LA CLINCIA,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-5004-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Pursuant to 28:1447(c), the Defendant is ordered to pay the Plaintiff the sum of Three Thousand Eight Hundred Sixty Three ($3,863.00) Dollars.


May 22, 2007  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Renea Ferrante  
*(By) Deputy Clerk*  
Renea Ferrante